IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ETHAN IAN JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 117-082 |
| WARDEN HILTON HALL; JAMES BLANCHARD, JR.; and HOMER BRYSON, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 19). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted and **CLOSES** this civil action.

SO ORDERED this 3rd day of November, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA